IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 22-73 |
| | : | |
| MICHAEL NIXON | : | |

**<u>ORDER</u>**

AND NOW, this 4th day of December, 2025, upon consideration of the Defendant Michael Nixon's Motion to Suppress (Dkt. No. 47), responses thereto, and oral hearings— and for the reasons stated in the accompanying memorandum—it is ORDERED the Motion is DENIED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.